An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RANDALL GEORGE ANGEL,
Petitioner,
vs.
ELDORADO CASINO, INC.,
Respondent.

No. 63400

**FILED**

JUL 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is a proper person petition for a writ of mandamus, which appears to seek an order directing the district court to consider a document submitted by petitioner and to recognize that petitioner has met the standards necessary for entry of judgment in his favor.[1]

A writ of mandamus is available to compel the performance of an act that the law requires as a duty resulting from an office, trust, or station, or to control an arbitrary or capricious exercise of discretion. *See* NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). It is within this court's sole discretion to determine if a writ petition will be considered. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). An appeal is typically an adequate legal remedy precluding writ relief. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Petitioner bears the burden of demonstrating that extraordinary relief is warranted. *Id.* at 228, 88 P.3d at 844.

---

[1]We construe petitioner's "motion/petition plea for intervention" as a petition for a writ of mandamus.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21806

Having considered the petition, we conclude that petitioner has not demonstrated that our intervention by way of extraordinary relief is warranted. *See* NRS 34.160; *Pan*, 120 Nev. at 228, 88 P.3d at 844; *see also* NRAP 21(a)(4) (requiring a petitioner to attach an appendix to his or her petition including a copy of any part of the record before the respondent or any original document necessary for this court to understand the matters set forth in the petition). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Hardesty

_____ , J.
Parraguirre

_____ , J.
Cherry

cc: Randall George Angel
McDonald Carano Wilson LLP/Las Vegas
Washoe District Court Clerk